UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

OmniProphis Corp. d/b/a Screened Images, Inc.,

                                        *Plaintiff,*

                              v.

Vanteon Corp.,

                                        *Defendant.*

---

**RULE 7.1 DISCLOSURE
STATEMENT**

**Case No.:  6:20-cv-06612**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff, OmniProphis Corp. d/b/a Screened Images, Inc., hereby certifies that there is no parent corporation and/or publicly held corporation owning 10% or more of Plaintiff's stock.

Dated:  September 21, 2020
        Rochester, NY

                              GOLDBERG SEGALLA LLP

                              By:  */s/ James M. Paulino II*
                              James M. Paulino II, Esq.
                              Nicholas J. Pontzer, Esq.
                              2 State Street, Suite 1200
                              Rochester, New York 14616
                              Tel.: 585-295-8351
                              Fax: 585-295-8300
                              jpaulino@goldbergsegalla.com
                              npontzer@goldbergsegalla.com

                              *and*

                              KENNEY & SAMS, P.C.

                              Michael P. Sams, Esq.

27746329.v1

Lindsay M. Burke, Esq.
Reservoir Nine
144 Turnpike Road
Southborough, Massachusetts 01772
Tel.  508-490-8500
Fax:  508-490-8501
mpsams@kslegal.com
lmburke@kslegal.com

*Attorneys for Plaintiff OmniProphis Corp.
d/b/a Screened Images, Inc.*

CC:     ***Via USPS and Email***
        Dale A. Worrall, Esq.
        Harris Beach PLLC
        *Attorneys for Defendant*
        99 Garnsey Road
        Pittsford, NY 14534
        dworrall@HarrisBeach.com

27746329.v1